# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143632 & (21)(22)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HAROLD WINFIELD CAGE,
        Defendant-Appellant.

SC: 143632
COA: 304175
Saginaw CC: 05-026553-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for certified questions is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

d1114